**No. 65906.**—Frank P. Dow Co., Inc., and Viking Importers-Exporters et al. v. United States, protests 58/23523, etc. (Los Angeles).

259

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of transparent motors similar in all material respects to those the subject of Abstract 63421, the claim of the plaintiffs was sustained.